No. 23-1464

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AMANDA JACKSON, | ) Appeal from the United States |
| | ) District Court for the Central |
| Plaintiff-Appellant, | ) District of Illinois |
| | ) |
| vs. | ) No. 22-1307-MMM-JEH |
| | ) |
| METHODIST HEALTH SERVICE CORP., | ) |
| d/b/a UNITYPOINT HEALTH – | ) The Honorable |
| CENTRAL ILL | ) Michael H. Mihm |
| | ) Judge Presiding |
| Defendant-Appellee. | ) |

## CERTIFICATE REGARDING TRANSCRIPT

The Plaintiff-Appellant certifies that no transcript of proceedings exists and no transcript is deemed necessary pursuant to Rule 10(b)A) of the Federal Rules of Appellate Procedure to determine the issues subject to this appeal.

_27th_ day of March, 2023.

                                                  Respectfully submitted,
                                       By:   /s/ Bethany D. Hager
                                                Bethany D. Hager
                                                IL Bar Reg. No. 6301697
                                                Law Office of Bethany D. Hager
                                                917 North Walnut Street
                                                Danville, IL 61832
                                                Telephone: 217-497-1009
                                                bhagerlaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Certificate Regarding Transcript with the United State Court of Appeals for the Seventh Circuit by using the CM/ECF system.

All participants and attorneys in this case are registered CM/ECF users and will be served automatically by the CM/ECF system.

Dated: 3/27/2023     By:    /s/ Bethany D. Hager
                                                    Bethany D. Hager

| | | |
|---|---|---|
| | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET | |

PART I – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Jackson v Methodist Health Service Corp. | Central | 22-1307-MMM-JEH |
| | District Judge | Court Reporter |
| | Michael H. Mihm | None |

☐ I am ordering transcript.
☑ I am not ordering transcript because: There was no transcript of proceedings.
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:   Date(s)

☐ Pretrial proceedings. Specify: _____
☐ Voir Dire

Trial or Hearing. Specify: _____

☐ Opening statement
☐ Instruction conference
☐ Closing statements
☐ Court instructions
☐ Post-trial proceedings. Specify: _____
☐ Sentencing
☐ Other proceedings. Specify: _____

Method of Payment: ☐ Cash    ☐ Check or Money Order    ☐ C.J.A. Voucher
Status of Payment: ☐ Full Payment    ☐ Partial Payment    ☐ No Payment Yet

Signature: s/ Bethany Hager    Telephone No. 217-497-1009
Address: 917 North Walnut Street
Danville, IL 61832    Date: 03/27/2023

PART II – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/    Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript.